**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **1:10cr101 LG-RHW** |
| | § | |
| **JAMES STAVELEY O'CARROLL** | § | |

**ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE**

THIS DAY this cause came on to be heard upon the Proposed Findings of Fact and Recommendations of the United States Magistrate Judge after administration of a guilty plea pursuant to F~ED.~ R. C~RIM.~ P. 11 in the above styled and numbered cause, and the Court having determined that there were no written objections as provided by 28 U.S.C. § 636(b)(1)(C), finds that said Proposed Findings of Fact and Recommendations should be accepted in whole.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Proposed Findings Of Fact and Recommendations on Felony Guilty Plea Before The United States Magistrate Judge, filed 4/4/2011, should be and are hereby **ACCEPTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the plea agreement in this case should be and is hereby **ACCEPTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant, James Staveley O'Carroll, is fully competent and capable of entering an informed plea; that the Defendant is aware of the nature of the charges and the consequences of the plea; and that the plea is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements. Defendant is therefore adjudged guilty of that offense.

**SO ORDERED AND ADJUDGED,** this the 25th day of July, 2011.

*Louis Guirola, Jr.*
LOUIS GUIROLA, JR.

                                                      CHIEF UNITED STATES DISTRICT JUDGE